# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LLOYD EMERSON EARL PALMER**                                                                 **PLAINTIFF**

**V.**                                      **4:18CV00171 BRW/JTR**

**REIDMUELLER, Captain,**
**Faulkner County Jail,** *et al.*                                                             **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation in its entirety as my findings in all respects.

Palmer may proceed with his claims against Phillips and Stewart, in their individual capacities, for subjecting him to unconstitutional conditions of confinement and failing to provide adequate medical care. The Clerk is directed to prepare a summons for each of them at the Faulkner County Detention Center. The United States Marshal is directed to serve the summons, complaint, four amended complaints,[1] and this order on them without prepayment of fees and costs or security. If either of the defendants are no longer Faulkner County employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

Palmer's claims against the Faulkner County Detention Center and the Faulkner County Fire Department are dismissed with prejudice. Palmer's request for injunctive relief is dismissed,

---

[1] Doc. Nos. 2, 7, 11, 12 & 13.

without prejudice, as moot. All other claims and defendants are dismissed without prejudice. I certify that an *in forma pauperis* appeal of these rulings would not be taken in good faith.[2]

IT IS SO ORDERED this 11th day of June, 2018.

/s/ Billy Roy Wilson  
UNITED STATES DISTRICT JUDGE

---

[2] 28 U.S.C. § 1915(a)(3).