IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LLOYD EMERSON EARL PALMER**                                                   **PLAINTIFF**

VS.                        **4:18-CV-00171-BRW-JTR**

**JERRY STEWART, Doctor,**
**Faulkner County Detention Unit 2; and**
**L. PHILLIPS, Officer**                                                       **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 9th day of July, 2018.

                                                          /s/ Billy Roy Wilson_____
                                                            UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).